1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

2:03-CV-564 JCM (LRL)

UNITED STATES OF AMERICA,

          Plaintiff(s),

v.

LOUIS MATTHEWS,

          Defendant(s).

**ORDER**

Presently before the court is defendant Louis Matthews' unopposed motion to modify his sentence. (Doc. # 91). On May 1, 2013, this court sentenced the defendant to nine (9) months of custody followed by no supervised release for violations of the conditions of his supervised release. (Docs. ## 87, 88). The defendant is currently residing in the Las Vegas Community Corrections Center as a condition of his custodial sentence. *Id.* The defendant's projected release date is January 5, 2014, and he is eligible for home confinement in December 2013. (Doc. # 91).

The defendant asks this court to modify his current sentence of nine (9) months of custody and no term of supervised release to seven (7) months of custody followed by two (2) months of supervised release with the condition of home confinement. The defendant requests this modification due to the deteriorating health of his long time girlfriend, who is battling cancer. The defendant asks the court to shorten his sentence in exchange for imposing two (2) months of home confinement so that he may be with his girlfriend. The government does not oppose this request.

. . .

**James C. Mahan**
**U.S. District Judge**

Upon review of defendant's motion, and considering the government's non-opposition, the court finds good cause to grant his request.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's unopposed motion to modify sentence (doc. # 91) be, and the same hereby is, GRANTED.

DATED October 10, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

James C. Mahan
U.S. District Judge

- 2 -